

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

December 15, 2005

**Hand Delivered**

Mr. Keith Kincaid
Clerk's Office
United States District Court
Federal Building, 4th Floor
844 King Street
Wilmington, Delaware 19801

    Re: **Application and Order**
          **Misc. No. 05-53 (MPT)**

Dear Mr. Kincaid:

    Enclosed please find a Motion and Order to Unseal, together with redacted copies of the documents.

    Please call me if you have any questions.

                      Very truly yours,

                      COLM F. CONNOLLY
                      United States Attorney

              By: _____
                      Edmond Falgowski
                      Assistant United States Attorney

EF:slb
Enclosures

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE