IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Misc. No. 05-53 (MPT) |
| APPLICATION AND ORDER | ) | |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Application and Order, which original documents are to remain sealed, with the enclosed redacted copies of those documents from which is redacted privacy policy information.

          COLM F. CONNOLLY
          United States Attorney

          By: _____
          Edmond Falgowski
          Assistant United States Attorney

Dated: December 15, 2005

**IT IS SO ORDERED** this __19__ day of __December__, 2005.

          _____
          HONORABLE MARY PAT THYNGE
          United States Magistrate Judge

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE