IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Investigation of | ) Misc. No. 05- 53 |
| Bobby Dean Johnson | ) |

### APPLICATION FOR EX PARTE ORDER TO
### DISCLOSE RETURNS AND RETURN INFORMATION

**COMES NOW,** Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware (hereinafter "applicant"), pursuant to 26 U.S.C. § 6103(i)(1), and makes application to the Court for an Ex Parte Order directing the Internal Revenue Service (IRS) to disclose to applicant and others hereinafter named returns and return information of:



BOBBY DEAN JOHNSON
SSN: 
D.O.B. 

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

which returns and return information are described as those returns and return information for the tax year 2004.

In support of this application, applicant alleges and states the following:

1. Bobby Dean Johnson presently is on supervised release in the District of Delaware after serving a jail sentence for bank robbery. Johnson is being supervised by United States Probation Officer Craig Carpenter, who reported to the applicant on March 22, 2005, that Johnson had admitted to him that he, Johnson, filed a 2004 Federal income tax return in which he falsely claimed two dependents, resulting in an inflated tax refund. U.S. Probation Officer Carpenter further

reported that Johnson refused the Probation Officer's request for a waiver which would enable the Probation Officer to directly request a copy of Johnson's return from the IRS. U.S. Probation Officer Craig Carpenter wants a copy of Johnson's 2004 tax return so as to determine whether Johnson has committed a violation of supervised release by committing a new offense, that is, filing a false return.

2. There is reasonable cause to believe that the above-described returns and returns information are or may be relevant to a matter relating to the commission of a violation of supervised release.

3. Applicant further alleges and states that in addition to the undersigned Assistant United States Attorney Edmond Falgowski, that United States Probation Officer Craig Carpenter is personally and directly engaged in investigating whether Bobby Dean Johnson has committed a violation of supervised release. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 103 and 26 C.F.R. §301.6103(i)-1. This Application is authorized by Colm F. Connolly, United States Attorney for the District of Delaware.

THEREFORE, applicant prays that this Court enter an Order, Ex Parte, on this application granting disclosure by the Internal Revenue Service of the returns and return information specified in this application.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-24-05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**REDACTED**

IN RE:                                               )
                                                     )
Investigation of                                     )    Misc. No. 05- 53
Bobby Dean Johnson                                   )
                                                     )

### ORDER FOR DISCLOSURE FOR
### RETURNS AND RETURN INFORMATION

On this day __29__ of __March_____, 2005, upon the Application for Ex Parte Order to Disclose Returns and Return Information filed by the United States Attorney for the District of Delaware, seeking to direct the IRS to disclose returns and return information of:

> BOBBY DEAN JOHNSON
> SSN: [redacted]
> D.O.B. [redacted]

which returns and return information are described as those returns and return information for the tax year 2004.

After examining the application the Court finds:

1. Upon information believed to be reliable, there is reasonable cause to believe that Bobby Dean Johnson has committed a violation of Supervised Release imposed by the District Court for the District of Delaware.

2. There is reasonable cause to believe that the returns and return information are or may be relevant to a matter related to the commission of such act.

3. The returns and the return information are sought exclusively for use in a federal criminal proceeding concerning such act.

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4. The information sought to be obtained cannot reasonably be obtained, under the circumstances, from another source.

The Court further finds that Colm F. Connolly, United States Attorney, and Edmond Falgowski, Assistant United States Attorney (hereinafter "applicant"), are employees of the United States Department of Justice, and that United States Probation Officer Craig Carpenter is an employee of the United States Probation Office and that they are primarily and directly engaged in, and the information sought is solely for their use in, investigating the above mentioned violation and preparing the matter for a hearing; and that the application is authorized by Colm F. Connolly, United States Attorney for the District of Delaware.

**IT IS THEREFORE ORDERED** that the Internal Revenue Service:

1. Disclose such returns and return information of:

> BOBBY DEAN JOHNSON
> SSN: 
> D.O.B.

which returns and return information are described as those returns and return information for the tax years 2004;

2. Certify where returns and return information described above had not been filed or are not on file with the Internal Revenue Service that no such returns and return information have been filed or are on file;

3. Disclose such returns and return information described above as has come into the possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than ninety (90) days thereafter;

4. Disclose such returns and return information and make such certification only to applicant, and U.S. Probation Officer Craig Carpenter, and to no other person; and

5. Disclose no returns or return information not described above.

**IT IS FURTHER ORDERED** that applicant, U.S. Probation Officer Craig Carpenter, and any officer or employee of any federal agency who may be subsequently assigned in this matter shall use the returns and return information disclosed solely in investigating the above-mentioned violation of supervised release, and such other violations of any federal criminal statutes, although presently unknown, as are discovered in the course of this investigation, and preparing the matter for a hearing, and that no disclosure be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-1.

**IT IS FURTHER ORDERED** that all documents filed in connection with this Application and Order be placed under **seal**.

3/29/05

_____
HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE



FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk 3/29/05

3